United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

# ORDER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS OSMIN CRUZ-REYES, Movant, | § § § |
| v. | §  Civil Action No. B-15-071 § (Criminal No. B-13-0423-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that Cruz-Reyes's § 2255 Motion (Dkt. No. 1) is **DISMISSED**. A certificate of appealability shall not issue.

Signed this _27_ day of _April_, 2016.

**Hilda Tagle**
**Senior United States District Judge**